# EXHIBIT A

# Delaware

PAGE 1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "CITI SERVICES, INC." AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF INCORPORATION, FILED THE TWENTIETH DAY OF MAY, A.D. 1998, AT 12:30 O'CLOCK P.M.

CERTIFICATE OF AMENDMENT, FILED THE SIXTEENTH DAY OF MARCH, A.D. 1999, AT 9 O'CLOCK A.M.

CERTIFICATE OF AMENDMENT, FILED THE FOURTH DAY OF OCTOBER, A.D. 1999, AT 9 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID CORPORATION, "CITI SERVICES, INC.".

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

2898816  8100H

080599924

AUTHENTICATION: 6614289

DATE: 05-27-08

You may verify this certificate online
at corp.delaware.gov/authver.shtml

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 12:30 PM 05/20/1998
981194444 – 2898816

State of Delaware
## Certificate of Incorporation
## CITI Services, Inc.

FIRST: The name of this Delaware corporation is:
    CITI Services, Inc.

SECOND: The name and address of the Corporation's Registered Agent is:
    Corporate Creations Enterprises, Inc.
    686 North Dupont Boulevard #302
    Milford DE 19963
    Kent County

THIRD: The purpose of the Corporation is to conduct or promote any lawful business or purposes.

FOURTH: The Corporation shall have the authority to issue 1,500 shares of common stock, par value $1.00 per share.

FIFTH: The directors shall be protected from personal liability to the fullest extent permitted by law.

SIXTH: The name and address of the incorporator is:
    Corporate Creations International Inc.
    941 Fourth Street #200
    Miami Beach FL 33139

SEVENTH: This Certificate of Incorporation shall become effective on the date shown below.

_____
CORPORATE CREATIONS INTERNATIONAL INC.
Greg K. Kuroda  Vice President

Date: May 19, 1998

## State of Delaware
## Certificate of Amendment of
## Certificate of Incorporation

### CITI Services, Inc.

**FIRST:** That at a meeting of the Board of Directors of CITI Services, Inc., resolutions were duly adopted setting forth a proposed amendment of the Certificate of Incorporation of said Corporation, declaring said amendment to be advisable and calling a meeting of the stockholders of said Corporation for consideration thereof. The resolution setting forth the proposed amendment is as follows:

Resolved, that the Certificate of Incorporation of this Corporation be amended by changing the Article thereof number FOURTH so that, as amended, said Article shall be and read as follows: "The Corporation shall have the authority to issue 400,000 shares of common stock, par value $5.00 per share."

**Second:** That thereafter, pursuant to resolution of its Board of Directors, a special meeting of the stockholders of said corporation was duly called and held, upon notice in accordance with Section 222 of the General Corporation Law of the State of Delaware at which meeting the necessary number of shares as required by statute were voted in favor of the amendment.

**Third:** That said amendment was duly adopted in accordance with the provisions of Section 242 of the General Corporation Law of the State of Delaware.

**Fourth:** That the capital of said Corporation shall not be reduced under or by reason of said amendment.

CITI Services, Inc.
Greg Lloyd Smith, President & CEO

Date: February 1st 1999

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 09:00 AM 03/16/1999
991103978 - 2898816

State of Delaware
# Certificate of Amendment of
# Certificate of Incorporation

## CITI Services, Inc.

**FIRST:** That at a meeting of the Board of Directors of CITI Services, Inc., Resolutions were duly adopted setting forth a proposed amendment Of the Certificate of Incorporation of said Corporation, declaring Said amendment to be advisable and calling a meeting of the stockholders of said Corporation for consideration thereof. The resolution setting forth the proposed amendment is as follows:

Resolved, that the Certificate of Incorporation of this Corporation be Amended by changing the Article thereof number FOURTH so that, as Amended, said Article shall be and read as follows: "The Corporation Shall have the authority to issue 1,500,000 shares of common stock, par Value $5.00 per share."

**SECOND:** That thereafter, pursuant to resolution of its Board of Directors, a special Meeting of the stockholders of said corporation was duly called and held, Upon notice in accordance with Section 222 of the General Corporation Law of the State of Delaware at which meeting the necessary number of Shares as required by statute were voted in favor of the amendment.

**THIRD:** That said amendment was duly adopted in accordance with the provisions Of Section 242 of the General Corporation Law of the State of Delaware.

**FOURTH:** That the capital of said Corporation shall not be reduced under or by Reason of said amendment.

---

CITI Services, Inc.
Greg Lloyd Smith, President & CEO

Date: September 24, 1999

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 09:00 AM 10/04/1999
991421881 - 2898816