UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

AMAZON.COM, INC.

    *Plaintiff,*

v.

CITI SERVICES, INC. (1),
CITI SERVICES LIMITED [*SIC*] (2),
AIKATERINI THEOHARI (3), and
GREG LLOYD SMITH (4)

    *Defendant(s)*

C.A. No. 99-543-GMS

## OPPOSITION MEMORANDUM
## TO MOTION FOR AN ORDER TO EXTEND TIME

    Comes now the third and fourth Defendant(s), AIKATERINI THEOHARI (hereinafter referred to as Defendant 3) and GREG LLOYD SMITH (hereinafter referred to as Defendant 4) in Opposition to Plaintiff's Motion for an Order to Extend Time.

INTRODUCTION

Plaintiff seeks an extension of time to prepare and file its reply to Defendant's Motion filed with the court on May 14, 2008 by Defendant(s) 3 and 4 seeking to set aside a default order and judgement in the above matter.

Defendant(s) 3 and 4 oppose Plaintiff's Motion on the basis of misrepresentation and fraud.

BACKGROUND

Both Plaintiff and Plaintiff's attorney, Meesrs Richards, Layton & Finger are savvy Internet users and are well aware (or should be aware) of the unlikely chance of an email originating from an unknown email account, consisting of an attachment, being received by the intended recipient. For the avoidance of doubt, most modern computers today use some type of SPAM filter and all or most computers use some type of virus scanning software. Without first establishing a "trust" relationship, it would be extremely unlikely for an email as described above to get through to its intended recipient.

Mr. Steven J. Fineman, for the Plaintiff's law firm, wrote to Defendant(s) 3 and 4 on or about May 21, 2008. The letter and enclosure—a copy of a Motion (Stipulation and Order To Extend Time)—were delivered by email on May 22, 2008 at 9:49am (EST). The letter purports to have been delivered by "facsimile"

**It is untrue that Mr. Fineman or anyone acting for Plaintiff delivered the aforementioned letter and or stipulation as claimed; i.e. by facsimile. [Exhibit A]**

In this case, only by pure luck, did Defendant(s) 3 and 4 receive the email sent by Mr. Fineman's assistant [Jennifer J. Veet].

Mr. Fineman's letter requests Defendant's reply "by the close of business" on Thursday, May 22, 2008.

In what can only be described as an extraordinarily fraudulent (and foolish) attempt to prejudice Defendant(s) 3 and 4's ability to respond in accordance with his request, Mr. Fineman sent his email (and the attached documents) at 9:49am (EST), which is 4:49pm (local time for the Defendants); i.e. 11 minutes before Mr. Fineman's imposed deadline. [Exhibit B]

Plaintiff seeks an extension of time, claiming that Meesrs Richards, Layton & Finger is not familiar with the fact of the case. However, Plaintiff could have solicited the services of the lawyer who originally represented Plaintiff and it would have been prudent for Plaintiff to have done so given the serious nature of the matter now before the court.

In this matter, where the service of documents, is the very basis of the Defendant's Motion, it is quite extraordinary and unconscionable for Plaintiff's legal representatives to attempt in an unprofessional and fraudulent manner to prejudice Defendant(s) 3 and 4 before this court.

CONCLUSION

Defendant(s) therefore pray upon the court to deny Plaintiff's Motion for an Order to Extend Time.

DEFENDANT(S)

..................................................
GREG LLOYD SMITH

..................................................
AIKATERINI THEOHARI

May 22, 2008
Mykonos Greece


Greg L. Smith
Kestrel House, Ornos
846 00 Mykonos
Greece
Tel: +011 30 693 406 8559
Fax: +011 30 211 268 6990



Clerks Office
Intake Counter
Room 4209
Lockbox 18
844 N. King Street
Wilmington, DE 19801
USA