UNITIED STATES DISTRICT COURT
DISTRICT OF DELAWARE

AMAZON.COM, INC. :
:
    *Plaintiff,* :
:
v. :
:
CITI SERVICES, INC. (1), :    C.A. No. 99-543-GMS
CITI SERVICES LIMITED [*SIC*] (2), :
AIKATERINI THEOHARI (3), and :
GREG LLOYD SMITH (4) :
:
    *Defendant(s)* :

**EXHIBIT "A"**
**DESCRIPTION OF MATTERS ON**
**WHICH EXAMINATION IS REQUESTED**

    In support of their Opposition Memorandum Defendant(s) 3 and 4 attach a printout of the activity log, provided by eFax.com (marked Exhibit "A"), in respect of fax number +30 211 268 6990 proving that as of May 22, 2008 at 1:52pm (EST) no fax had been received from Meesrs Richards, Layton & Finger.

DEFENDANT(S)

.....................................................
GREG LLOYD SMITH

.....................................................
AIKATERINI THEOHARI

May 22, 2008
Mykonos Greece

Greg L. Smith
Kestrel House, Ornos
846 00 Mykonos
Greece
Tel: +011 30 693 406 8559
Fax: +011 30 211 268 6990

Exhibit A




English | Greece [ Change ]

My Account | Log Out | Contact Us | Help

**OVERVIEW** | **FEATURES** | **HOW IT WORKS** | **PRICING**

## Receive Logs

Your eFax Plus activity log includes the faxes received over the last 30 days by your eFax number. All times listed are in Eastern Time (Daylight Savings).

**RECEIVE LOGS** | **SEND LOGS**

MESSAGES FOR: 30-211-268-6990

| Date | Pages | Type | Duration | From |
| --- | --- | --- | --- | --- |
| 5/8/08 7:53 AM | 1 | FAX | 00:00:47 | 0030 22890 23402 |
| 4/25/08 1:26 AM | 1 | FAX | 00:00:29 | W3REZCOM |
| 4/24/08 4:57 AM | 4 | FAX | 00:01:10 | 67107547 |

🖨 Print this page

### MY ACCOUNT

○ **Account Overview**
   Profile
   Activity Logs
   Preferences
   Billing

○ **Send A Fax**

○ **Add A Number**

○ **eFax Message Center**

### NEW ON EFAX

→ Send your colleagues your eFax number.

---

🔒 Privacy // Home // About Us // Contact Us // Customer Agreement // Legal // Site Map // Help



© 2007 j2 Global Communications, Inc. All rights reserved.
eFax is a registered trademark of j2 Global Communications.

o o o

UNITIED STATES DISTRICT COURT
DISTRICT OF DELAWARE

AMAZON.COM, INC.

    *Plaintiff,*

v.

CITI SERVICES, INC. (1),
CITI SERVICES LIMITED [*SIC*] (2),
AIKATERINI THEOHARI (3), and
GREG LLOYD SMITH (4)

    *Defendant(s)*

C.A. No. 99-543-GMS

### EXHIBIT "B"
### DESCRIPTION OF MATTERS ON
### WHICH EXAMINATION IS REQUESTED

    In support of their Opposition Memorandum Defendant(s) 3 and 4 attach a printout of the email (incorporating an attachment) (marked Exhibit "B"), received by Defendant(s) 3 and 4; sent by Ms. Jennifer J. Veet for Mr. Steven J. Fineman and received at 9:49am (EST), May 22, 2008; 11 minutes before Mr. Fineman's imposed deadline for a response by the Defendants.

DEFENDANT(S)

.................................................
GREG LLOYD SMITH

.................................................
AIKATERINI THEOHARI

May 22, 2008
Mykonos Greece

Greg L. Smith
Kestrel House, Ornos
846 00 Mykonos
Greece
Tel: +011 30 693 406 8559
Fax: +011 30 211 268 6990

Exhibit "B"

**Subject:**
**From:** "Veet, Jennifer J." <Veet@RLF.com>
**Date:** Thu, 22 May 2008 09:49:21 -0400
**To:** admin@originofbooks.com

Please see the attached.

Jennifer J. Veet
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801
Direct:  302-651-7622
Fax:     302-498-7622


Richards, Layton and Finger, P.A. is not providing any advice with respect to any federal tax issue in connection with this matter.

The information contained in this e-mail message is intended only for the use of the individual or entity named above and may be privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately notify us by return e-mail or telephone (302-651-7700) and destroy the original message. Thank you.

|  | **Content-Description:** | Letter and Stipulation.pdf |
|---|---|---|
| **Letter and Stipulation.pdf** | **Content-Type:** | application/octet-stream |
|  | **Content-Encoding:** | base64 |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| AMAZON.COM, INC. : | |
|     *Plaintiff,* : | |
| v. : | |
| CITI SERVICES, INC. (1), : C.A. No. 99-543-GMS | |
| CITI SERVICES LIMITED [*SIC*] (2), : | |
| AIKATERINI THEOHARI (3), and : | |
| GREG LLOYD SMITH (4) : | |
|     *Defendant(s)* : | |

### CERTIFICATE OF SERVICE

In support of Defendant's OPPOSITION TO MOTION FOR AN ORDER TO EXTEND TIME, Defendant(s) 3 and 4 HEREBY CERTIFY that a copy of the attached OPPOSITION MEMORANDUM and Exhibit(s) have been sent via first class mail on May 22, 2008 to:

Steven J. Fineman, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801

DEFENDANT(S)
GREG LLOYD SMITH

AIKATERINI THEOHARI

May 22, 2008
Mykonos Greece

Greg L. Smith
Kestrel House, Ornos
846 00 Mykonos
Greece
Tel: +011 30 693 406 8559
Fax: +011 30 211 268 6990

NOTARY

Βεβαιούται τό γνήσιον τῆς ὑπογραφῆς
Ἐν Μυκόνῳ τῇ 22-05-2008
Ὁ
Συμβολαιογράφος Μυκόνου